IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALMIRALL, LLC | ) |
| | ) |
| | ) |
| v. | )   Civil Action No. |
| | ) |
| TORRENT PHARMACEUTICALS LTD. | ) |

**SUPPLEMENTAL INFORMATION FOR PATENT CASES
INVOLVING AN ABBREVIATED NEW DRUG APPLICATION (ANDA)**

Plaintiff(s) hereby provide(s) the information below with respect to the deadlines set forth in 21 U.S.C. 355(j):

Date Patentee(s) Received Notice: August 27, 2020

Date of Expiration of Patent: November 18, 2033

Thirty Month Stay Deadline: February 27, 2023

| | |
|---|---|
| 10/9/2020 | /s/ Jeremy A. Tigan |
| Date | Attorney(s) for Plaintiff |