**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

ALMIRALL, LLC,

        Plaintiff,

    v.

TORRENT PHARMACEUTICALS LTD.,

        Defendant.

C.A. No. 20-1373-LPS

**TORRENT PHARMACEUTICALS, LTD.'S MOTION FOR
JUDGMENT ON THE PLEADINGS**

Defendant Torrent Pharmaceuticals Ltd. ("Torrent"), by and through its undersigned counsel, respectfully moves pursuant to Federal Rule of Civil Procedure 12(c) for Judgment on the Pleadings.  The grounds for this Motion are more fully set forth in Torrent's Opening Brief in Support of its Motion for Judgment on the Pleadings, which is filed concurrently herewith.  A proposed form of order is also submitted herewith.

Dated: November 12, 2020

SMITH, KATZENSTEIN & JENKINS LLP

OF COUNSEL:

Andrew J. Miller
Stuart D. Sender
James P. Barabas
WINDELS MARX LANE
& MITTENDORF LLC
1 Giralda Farms
Madison, NJ 07940
(973) 966-3200
amiller@windelsmarx.com
ssender@windelsmarx.com
jbarabas@windelsmarx.com

*/s/ Eve H. Ormerod*
Neal C. Belgam (No. 2721)
Eve H. Ormerod (No. 5369)
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
eormerod@skjlaw.com

*Attorneys for Defendant Torrent
Pharmaceuticals Ltd.*