# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

(302) 658-9200
(302) 658-3989 FAX

ANTHONY D. RAUCCI
(302) 351-9392
araucci@morrisnichols.com

April 21, 2021

The Honorable Leonard P. Stark                     *VIA ELECTRONIC FILING*
United States District Court
  for the District of Delaware
844 North King Street
Wilmington, DE 19801

Re:   *Almirall, LLC v. Torrent Pharmaceuticals Ltd.*,
      C.A. No. 20-1373 (LPS)

Dear Chief Judge Stark:

We write on behalf of the parties in the above-captioned action.

Pursuant to the Court's Scheduling Order (D.I. 23), the parties exchanged claim terms for construction and proposed constructions on April 13, 2021. Plaintiff proposed two claim constructions, and Defendant agrees to both of these constructions.

Consequently, the parties believe that there are no claim construction issues for the Court to resolve at this time. The parties respectfully submit a Stipulation and Proposed Order Regarding Claim Construction, which sets forth the two terms on which the parties have reached agreement on proposed constructions along with those proposed constructions.

The Stipulation and Proposed Order would also vacate the upcoming claim construction deadlines and the October 4, 2021 Claim Construction Hearing.

Respectfully,

*/s/ Anthony D. Raucci*

Anthony D. Raucci (#5948)

cc:   All Counsel of Record (via electronic mail)