# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALMIRALL, LLC,<br><br>   Plaintiff,<br><br>v.<br><br>TORRENT PHARMACEUTICALS, LTD.,<br><br>   Defendant. | C.A. No. 20-1373-LPS |

## ORDER

At Wilmington, this **13th** day of **July, 2021**, consistent with and for the reasons stated in the Memorandum Opinion issued this date,

**IT IS HEREBY ORDERED** that Defendant's Motion for Judgment on the Pleadings (D.I. 17) is **GRANTED**.

**IT IS FURTHER ORDERED** that, because the Memorandum Opinion was issued under seal, the parties shall meet and confer and, no later than **July 14**, submit a proposed redacted version of it, should they believe that they can meet the applicable legal standards to support such redactions. If so, they shall submit a memorandum providing such support. The Court believes that little, if anything, in its opinion should be redacted and will not be inclined to redact publicly-available information such as prosecution history. *See generally Silvergate Pharm., Inc. v. Bionpharma Inc.*, C.A. No. 18-1962-LPS D.I. 296 (D. Del. July 8, 2021). If no version with proposed redactions is timely submitted, the Court will unseal its Memorandum Opinion.

**IT IS FURTHER ORDERED** that, after meeting and conferring, the parties shall submit a joint status report, which shall include the parties' position(s) on how this case should now proceed (if at all), no later than **July 16**.

                                                 _____
                                                 HONORABLE LEONARD P. STARK
                                                 UNITED STATES DISTRICT JUDGE