IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALMIRALL, LLC,<br><br>                Plaintiff,<br><br>        v.<br><br>TORRENT PHARMACEUTICALS LTD.,<br><br>                Defendant. | C.A. No. 20-1373-LPS |

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**

WHEREAS Plaintiff Almirall, LLC ("Plaintiff") timely brought suit against defendant Torrent Pharmaceuticals Ltd. ("Defendant") on October 9, 2020, in this District, Civil Action No. 20-cv-1373, charging Defendant with, *inter alia,* infringement of U.S. Patent No. 9,517,219;

IT IS HEREBY STIPULATED by Plaintiff and Defendant, subject to approval of the Court:

1. All claims and counterclaims between Plaintiff and Defendant are dismissed without prejudice.

2. Each party shall bear its own costs, attorneys' fees and expenses incurred in connection with the claims and counterclaims dismissed by this Order.

3. The parties have entered into a settlement and license agreement with respect to their respective claims (the "Settlement and License Agreement"). Defendant will not make, have made, use, offer for sale or sell the accused product of Defendant in the United States except as provided for in the parties' Settlement and License Agreement.

4. The Court retains jurisdiction over the parties to this action for purposes of enforcing this Stipulation and Order of Dismissal and the Settlement and License

Agreement, except that Defendant waives the right to enforce the Court's September 3, 2021 decision to award reasonable attorney's fees and costs.

5. This Stipulation and Order shall not act as an adjudication on the merits.

6. The Clerk of the Court is directed to enter this Stipulation and Order of Dismissal and close this case forthwith.

Dated: November 18, 2021

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | SMITH, KATZENSTEIN & JENKINS |
|---|---|
| /s/ Anthony D. Raucci | /s/ Eve H. Ormerod |
| Jack B. Blumenfeld (#1014) | Neal C. Belgam (No. 2721) |
| Jeremy A. Tigan (#5239) | Eve H. Ormerod (No. 5369) |
| Anthony D. Raucci (#5948) | 1000 West Street, Suite 1501 |
| 1201 North Market Street | Wilmington, DE 19801 |
| P.O. Box 1347 | (302) 652-8400 |
| Wilmington, DE 19899 | nbelgam@skjlaw.com |
| (302) 658-9200 | eormerod@skjlaw.com |
| jblumenfeld@morrisnichols.com | |
| jtigan@morrisnichols.com | |
| araucci@morrisnichols.com | *Of Counsel:* |
| | |
| *Of Counsel:* | Windels Marx Lane & Mittendorf LLC |
| | |
| FENWICK & WEST LLP | Andrew J. Miller |
| | James P. Barabas |
| James S. Trainor | One Giralda Farms |
| Richard J. Shea | Madison, NJ 07940 |
| 902 Broadway, Ste. 14 | (973) 966-3236 |
| New York, NY 10010 | amiller@windelsmarx.com |
| (212) 921-2001 | jbarabas@windelsmarx.com |
| jtrainor@fenwick.com | |
| rshea@fenwick.com | *Attorneys for Defendant* |
| | *Torrent Pharmaceuticals Ltd.* |
| Michelle E. Irwin | |
| 1191 Second Avenue, 10th Fl. | |
| Seattle, WA 98101 | |
| (206) 389-4510 | |
| mirwin@fenwick.com | |
| | |
| *Attorneys for Plaintiff Almirall, LLC* | |

3

SO ORDERED this _____ day of _____, 2021.


                                                                                               _____
                                                                                               THE HONORABLE LEONARD P. STARK
                                                                                                United States District Judge
                                                                                                District of Delaware